Price Law Group, APC
STUART PRICE (SBN 150439)
E-mail: stuart@pricelawgroup.com
15760 Ventura Blvd., Suite 800
Encino, CA 91436
Telephone: (818) 907-2030

*Attorney for Plaintiff*
ROGER DORLAND

Manatt, Phelps & Phillips, LLP
RICHARD E. GOTTLIEB (SBN 289370)
E-mail: rgottlieb@manatt.com
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-4236
Facsimile: (310) 312-4224

Manatt, Phelps & Phillips, LLP
BRANDON P. REILLY (SBN 278012)
E-mail: breilly@manatt.com
695 Town Center Dr., 14th Fl.
Costa Mesa, CA 92626
Telephone: (714) 338-2701
Facsimile: (714) 371-2550

*Attorneys for Defendant*
MAJESTIC LAKE FINANCIAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DORLAND, | No. 2:17-cv-06729-CBM (RAOx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Complaint Filed: Sept. 13, 2017<br>Judge: Hon. Consuelo B. Marshall |
| MAJESTIC LAKE FINANCIAL, INC., | |
| Defendant. | |

**TO THE COURT:**

In accordance with Local Rule 16-15.7, Defendant Majestic Lake Financial, Inc. hereby submits this Notice of Settlement to notify the Court that the entire action has been settled and that dismissal is forthcoming.

Dated: October 31, 2017          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Brandon P. Reilly
Richard E. Gottlieb
Brandon P. Reilly
*Attorneys for Defendant*
MAJESTIC LAKE FINANCIAL, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2017, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

          /s/ Brandon P. Reilly
             Brandon P. Reilly

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
CHICAGO