| | |
|---|---|
| 1 | Stuart M. Price (SBN 150439) |
| 2 | stuart@pricelawgroup.com |
|   | PRICE LAW GROUP, APC |
| 3 | 15760 Ventura Blvd., Suite 800 |
| 4 | Encino, CA 91436 |
|   | T: (818) 907-2030 |
| 5 | F: (818) 205-2730 |
| 6 | Attorneys for Plaintiff, |
|   | Roger Dorland |
| 7 | |
| 8 | MANATT, PHELPS & PHILLIPS, LLP |
| 9 | Richard E. Gottlieb (SBN 289370) |
|   | E-mail: rgottlieb@manatt.com |
| 10 | 11355 W. Olympic Blvd. |
| 11 | Los Angeles, CA 90064 |
|   | Telephone: (310) 312-4236 |
| 12 | Facsimile: (310) 312-4224 |
| 13 | Manatt, Phelps & Phillips, LLP |
|   | Brandon P. Reilly (SBN 278012) |
| 14 | E-mail: breilly@manatt.com |
| 15 | 695 Town Center Dr., 14th Fl. |
| 16 | Costa Mesa, CA  92626 |
|   | Telephone: (714) 338-2701 |
| 17 | Facsimile: (714) 371-2550 |
| 18 | Attorneys for Defendant |
|   | Majestic Lake Financial, Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER DORLAND, | Case No.: CV 17-06729-CBM (RAOx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| MAJESTIC LAKE FINANCIAL, INC., | |
| Defendant(s). | |

Plaintiff, Roger Dorland, by and through his attorneys Price Law Group APC, and Defendant Majestic Lake Financial, Inc., by and through its attorneys, Manatt, Phelps & Phillips, LLP, hereby stipulate to dismiss the above action in its entirety, with prejudice. Each party will bear their own costs and attorney's fees

RESPECTFULLY SUBMITTED,

Dated: November 13, 2017            **PRICE LAW GROUP, APC**

By: /s/Stuart Price
Stuart M. Price
Attorneys for Plaintiff,
Roger Dorland

Dated: November 13, 2017            **MANATT, PHELPS & PHILLIPS, LLP**

By: /s/ Brandon P. Reilly
Richard E. Gottlieb
Brandon P. Reilly
Attorneys for Defendant,
Majestic Lake Financial, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Maria Marsceill