**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROGER DORLAND, | Case No.: CV 17-06729-CBM (RAOx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [12]** |
| MAJESTIC LAKE FINANCIAL, INC., | |
| Defendants. | |

Upon review of the Stipulation for Dismissal of Majestic Lake Financial, Inc With Prejudice filed by Plaintiff and Defendant Majestic Lake Financial, Inc, and good cause appearing,

**IT IS ORDERED** that the Stipulation is GRANTED. The above entitled matter is hereby dismissed with prejudice with the parties to bear their own costs and attorney's fees.

Dated: November 14, 2017

Honorable Consuelo B. Marshall
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE